Same case below, 441 Fed. Appx. 237.

**No. 11-7871. Larry P. Goodyke, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1129, 181 L. Ed. 2d 1006, 2012 U.S. LEXIS 625.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 639 F.3d 869.

**No. 11-7873. David Allen Girard, aka David A. Girard, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1129, 181 L. Ed. 2d 1006, 2012 U.S. LEXIS 593, ▮

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 440 Fed. Appx. 894.

**No. 11-7894. Kenneth Gaytan, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1129, 181 L. Ed. 2d 1006, 2012 U.S. LEXIS 601.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 649 F.3d 573.

**No. 11-7896. Ismael Leonardo-Doroteo, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1129, 181 L. Ed. 2d 1006, 2012 U.S. LEXIS 621.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7897. Haarun Abu Latif Munir, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1129, 181 L. Ed. 2d 1006, 2012 U.S. LEXIS 594.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 451 Fed. Appx. 672.

**No. 11-7898. Roberto Perez-Rodriguez, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1130, 181 L. Ed. 2d 1006, 2012 U.S. LEXIS 628.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7899. Regnaldo Vargas-Mendoza, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1130, 181 L. Ed. 2d 1006, 2012 U.S. LEXIS 614.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 450 Fed. Appx. 588.